UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-33873 |
| Ryan A. Smith | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Modifying Plan**

This matter coming before the Court on the Chapter 13 Trustee's Motion to Modify Plan under 11 U.S.C. section 1329;

IT IS HEREBY ORDERED:

(1) The confirmed plan is amended to pay unsecured creditors not less than 100% of their claims;

(2) Plan payments are increased to $245.00 per month.

(3) The Plan term is extended to 60 months from the case filing date.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  August 07, 2019

**Prepared by:**

Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
(312) 431-1300